# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REUBEN STEWART, | ) |
| Movant, | ) |
| v. | ) No. 4:19 CV 3189 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

The United States Supreme Court having decided *Greer v. United States*, 141 S. Ct. 2090 (June 14, 2021),

**IT IS HEREBY ORDERED** that respondent shall file a supplemental response to the Order to Show Cause no later than **October 1, 2021** addressing the decision and its impact, if any, on this case. Movant may file a traverse in support of his motion no later than **November 17, 2021.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of August, 2021.